AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

SON MINH TRAN,

    Petitioner,

          **v.**

WARDEN, FOLKSTON ICE
PROCESSING
CENTER, et al.,

    Respondents.

JUDGMENT IN A CIVIL CASE

CASE NUMBER:
    5:26-cv-274

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑   **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated April 6, 2026, Respondent's motion to dismiss is granted, and

Petitioner's 28 U.S.C. § 2241 petition is denied as moot. Additionally, Petitioner is denied leave to

appeal in forma pauperis. This case stands closed.

Approved by: _____
    **HON. LISA GODBEY WOOD, JUDGE**
    **UNITED STATES DISTRICT COURT**
    **SOUTHERN DISTRICT OF GEORGIA**

_Apr. 16, 2026_
Date

John E. Triplett, Clerk of Court
Clerk

_(By) Deputy Clerk_